## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DARRELL CANADA, individually and on behalf of all others similarly situated      PLAINTIFF

v.      No. 4:13CV00345 JLH

DOMINION ENTERPRISES, a Virginia General Partnership; CROSS-SELL, LLC; and JOHN DOES 1-100      DEFENDANTS

### ORDER

On the 12th day of February, 2014, the Court conducted a hearing by telephone on the defendants' motion to quash plaintiff's subpoenas duces tecum and defendants' motion for protective order. The plaintiff appeared through his attorneys, William Thomas Crowder and Scott E. Poynter. The defendants appeared through their attorneys, S. Chad Meredith and Grant E. Fortson. For the reasons stated on the record, the defendants' motion to quash plaintiff's subpoenas duces tecum is granted. Document #62. All of the subpoenas attached to that motion are hereby quashed. Defendants' motion for protective order is denied as moot. Document #64.

IT IS SO ORDERED this 12th day of February, 2014.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE