IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRELL CANADA, individually and on behalf of all others similarly situated                                    PLAINTIFF

v.                           No. 4:13CV00345 JLH

DOMINION ENTERPRISES, a Virginia
General Partnership; CROSS-SELL, LLC;
and JOHN DOES 1-100                                                                                            DEFENDANTS

## AMENDED AND SUBSTITUTED ORDER

The plaintiff has filed an unopposed motion for leave to file under seal. That motion is GRANTED. Document #73. The plaintiff may file under seal a motion for leave to file a first amended complaint. The defendants will be given the proper time under the rules to respond, and the defendants may file the response under seal if the response will include confidential documents.

This Amended and Substituted Order replaces the Order entered as Document #74.

IT IS SO ORDERED this 27th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE