IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRELL CANADA, individually and on behalf of all others similarly situated          PLAINTIFF

v.          No. 4:13CV00345 JLH

DOMINION ENTERPRISES, a Virginia
General Partnership; CROSS-SELL, LLC;
and JOHN DOES 1-100          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, summary judgment is entered in favor of the defendants. The plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE